**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X

**MARCOTULIO FUENTES-VALLE,** **16-cv-03925 (DRH)(AYS)**

**Plaintiff,**

**-against-** **FED R. CIV. P. 7.1 STATEMENT**

**LIFETIME CHIMNEY SUPPLY, LLC**

**Defendant.**

---------------------------------------------------------------X

I, Jasmine Y. Patel, an associate of the law firm Franklin, Gringer & Cohen, P.C., counsel for Defendant Lifetime Chimney Supply, LLC, having filed an initial pleading in the above-captioned matter, make the following disclosure to the Court pursuant to Fed. R. Civ. P. 7.1:

1. Defendant Lifetime Chimney Supply, LLC is a privately-owned company. Lifetime Chimney Supply, LLC has no publicly-held parent company, nor is it affiliated with any other publicly-held subsidiaries, affiliates or other entities.

Dated: Garden City, New York
September 23, 2016

Respectfully submitted,

By: JPatel ______________________

Jasmine Y. Patel, Esq. (JP 2733)
**FRANKLIN, GRINGER & COHEN, P.C.**
*Attorneys for Defendants*
666 Old Country Road, Suite 202
Garden City, NY 11530-2013
(516) 228-3131

TO: Neil H. Greenberg, Esq.
Neil H. Greenberg & Associates, P.C.
*Attorney For Plaintiff*
4242 Merrick Road
Massapequa, New York 11758
(516) 228-5100